**STATE v. GROVER**

[354 N.C. 354 (2001)]

STATE OF NORTH CAROLINA v. STEVEN MURRAY GROVER, SR.

No. 198A01

(Filed 9 November 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 142 N.C. App. 411, 543 S.E.2d 179 (2001), ordering a new trial of judgments entered 8 March 1999 by Spencer, J., in Superior Court, Granville County. Heard in the Supreme Court 18 October 2001.

*Roy A. Cooper, Attorney General, by Celia Grasty Lata, Assistant Attorney General, for the State-appellant.*

*Thomas L. Currin for defendant-appellee.*

PER CURIAM.

AFFIRMED.